# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00493-CV

### In re Valerie Thomas Bahar, M.D. and Valerie Thomas Bahar, M.D., P.A.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators' petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Filed:   September 16, 2011